UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:25-MJ-81 (ML) |
| v. | |
| | NOTICE OF APPEAL |
| YOVANI HUMBERTO MARROQUIN-RAMIREZ, | |
| Defendant. | |

*****************************************

    Notice is hereby given that the United States of America, by and through its counsel, the United States Attorney for the Northern District of New York, Assistant United States Attorney Geoffrey JL Brown, of counsel, appeals to the United States District Court for the Northern District of New York from the Release Order by U.S. Magistrate Judge Miroslav Lovric, entered on March 25, 2025.

Dated:  March 27, 2025

                                          Respectfully submitted,

                                          John A. Sarcone, III
                                          United States Attorney

                                          */s/ Geoffrey JL Brown*

By:    Geoffrey JL Brown
        Assistant U.S. Attorney
        Bar Roll No.  513495